AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LATHA GRANT | ) | Case No: 07-cr-00183-REB-04 |
| | ) | USM No: 34942-013 |
| Date of Previous Judgment: December 15, 2008 | ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
 ❏ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  108 months  **is reduced to**  97 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| Previous Offense Level: | 35 | Amended Offense Level: | 34 |
|---|---|---|---|
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated  December 15, 2008,  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  November 29, 2011                                s/ Robert E. Blackburn
                                                                                    *Judge's signature*

Effective Date: _____                     Robert E. Blackburn, United States District Judge
            *(if different from order date)*                            *Printed name and title*